UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARIA DEL REFUGIO INFANTE VASQUEZ, et al., ) ) ) Plaintiffs, ) ) vs. ) ) RAYMOND E. HILL, et al., ) ) Defendants. ) | Case No. 4:11CV01561AGF |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the parties' joint motion for the Clerk to tax Defendants' costs in the amount of $1,489.71, including $497.28 in witness fees and $992.43 in printing costs. Defendants requested these amounts in their Amended Bill of Costs, and Plaintiffs offer no objection.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk will tax Defendants' costs in the amount of $1,489.71.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2013.